IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL MARTIN                                                  PLAINTIFF

v.                      No. 5:14-cv-231-DPM-JTR

DREW COUNTY; DREW COUNTY
DETENTION FACILITY; and POTTS,
Jail Administrator, Drew County                    DEFENDANTS

### ORDER

Martin was ordered to file an amended complaint and either pay the $400 filing fee in full or complete an application to proceed *in forma pauperis*. № 9. Copies of that Order were mailed to Martin at the Randall Williams Correctional Facility and his home address. № 9, 10, & 11. Martin hasn't complied with the Court's instructions, and the time for doing so has expired.

This case is dismissed without prejudice due to a lack of prosecution. Local Rule 5.5(c)(2). An *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 December 2014