IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL MARTIN                                                                PLAINTIFF

v.                                      No. 5:14-cv-231-DPM

DREW COUNTY; DREW COUNTY
DETENTION FACILITY; and POTTS,
Jail Administrator, Drew County                                     DEFENDANTS

JUDGMENT

Martin's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

11 December 2014